| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | FILED<br>BANKRUPTCY C.U.<br>DISTRICT OF HAWAII<br>2010 JUL 23 AM 11: 36 |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII | Case No.: **08-01112** |
|---|---|
| In re:<br>**BRENDA LEE MALONG**<br><br>Debtor(s). | Chapter: 13 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:<br>This payment represents funds remaining unpaid on the claims(s) listed below. | $ 70.64 |
|---|---|

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| 001 | IMPACT PROFESSIONAL SERVICES<br>P. O. BOX 5213<br>KANEOHE, HI 96744 | $ 321.66 | $ 70.64 |
|  |  | $ | $ |
|  |  | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: July 15, 2010          /s/ _____
                                    Trustee

hib_3011    5/05